UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| | |
|---|---|
| WHITNEY BROWN,<br><br>    **Plaintiff,**<br><br>v.<br><br>**NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY,**<br><br>    **Defendant.** | CIVIL NO. 5:17-CV-85-KKC<br><br>**JUDGMENT** |

*** *** ***

The Court, having affirmed the decision of the Commissioner, hereby **ORDERS** and **ADJUDGES** as follows:

1. judgment is entered in favor of the Defendant Commissioner;

2. this matter is **DISMISSED** and **STRICKEN** from the Court's active docket; and

3. this judgment is **FINAL** and **APPEALABLE**.

Dated April 2, 2018.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY